UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronena Shantel Walker,                                     Civ. No. 17-1169 (PAM/FLN)

            Plaintiff,

v.                                                                                **ORDER**

Minnesota Department of Corrections,
and Shakopee Women's Facility,

            Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated January 23, 2018. (Docket No. 14.) In the R&R, Magistrate Judge Noel recommends dismissing Plaintiff Ronena Shantel Walker's Complaint without prejudice for failure to state a claim against the Minnesota Defendants and for lack of personal jurisdiction against the Colorado Defendants.[1] Walker did not object but instead filed an untimely letter response to the R&R on February 20, 2018. (Docket No. 15.)

This Court must review de novo any portion of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b). The R&R concluded that Walker failed to state a claim on which relief can be granted because she made no

---

[1] As the R&R indicates, Walker named only two defendants in her initial Complaint, which are in the case caption. (R&R at 1.) She filed a second letter complaint that named two additional defendants, Correctional Officers Taylor Lucas and Thia Land. (See Docket No. 9-1 at 1.) Additionally, the letter complaint also suggests that the Denver Women's Correctional Facility is a defendant. (Id. at 6.) The Court will refer to Defendants Minnesota Department of Corrections and Shakopee Women's Facility as the Minnesota Defendants. The Court refers to Denver Women's Correctional Facility, Taylor Lucas, and Thia Land as the Colorado Defendants.

factual allegations to support her belief that the Minnesota Defendants acted unlawfully, and even if she did, there is no indication that they knew Walker would be subjected to harm and were nevertheless indifferent to it.[2]  (R&R at 4-5 (citing Nelson v. Shuffman, 603 F.3d 439, 446 (8th Cir. 2010)).)  The R&R also concluded that the Court lacked personal jurisdiction over the Colorado Defendants because she failed to allege that they committed any act in Minnesota.  (R&R at 5-7.)  Finally, the R&R held that transferring this matter to the District of Colorado was not proper because "Walker already filed an almost identical case" in that District, which was dismissed with prejudice.  (Id. at 7-8 (citing Walker v. Lucas et al., 15-cv-1790 (D. Colo. 2015)).)  After conducting the required review and for the following reasons, the Court adopts the R&R.

Walker does not provide any specific objections to the R&R, and instead generally claims that the Minnesota Defendants transferred her to another facility under false pretense.  (Docket No. 15.)  But once again, Walker does not identify any specific facts to support this conclusory statement.  Walker also contends that she can prove the merits of her claim against Colorado Defendants, but she does not provide any authority or facts that would provide the Court with personal jurisdiction over the Colorado Defendants.

---

[2]  The R&R also noted that the Minnesota Defendants are immune from a suit for money damages.  (R&R at 4. n.4 (citing cases).)  In her letter response, Walker maintains that she is entitled to $50,000 for the first assault and $100,000 for the second assault.  To the extent that Walker seeks money damages, the Court concludes that Minnesota Defendants are immune.

Because the Court agrees with the R&R that the Complaint fails to state a valid claim against the Minnesota Defendants and that the Court lacks personal jurisdiction over the Colorado Defendants, the Complaint must be dismissed. Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 14) is **ADOPTED**;

2. The Motion Request to Be Moved Back to Minnesota (Docket No. 5) is **DENIED as moot**; and

3. The Complaint (Docket No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2018

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge